**Order entered September 14, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00508-CR

**DARELL GENE AARON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-24130-V**

## ORDER

Appellant was convicted of aggravated sexual assault of a child. Appellant's brief identifies the complaining witness by her full name, as well as the names of other children. Accordingly, we **STRIKE** the brief.

We **ORDER** appellant to file, within **TEN DAYS** of the date of this order, an amended brief that removes the names of the complaining witness and the other children and refers to them by initials only.

We **DIRECT** the Clerk to send copies of this order to counsel for all parties.

/s/    ADA BROWN
        JUSTICE